UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 10-08245 DDP (RZx)                                            Dated: March 3, 2011

Title:   BARTON PROPERTIES, INC., a California corporaiton and KENTUCK OIL LLC, a Kentucky limited liability company -v- JOHN BURSE, an individual, JOHN ROBBINS, an individual
================================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

   John A. Chambers                                              None Present
   Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                     None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that on the Court's own motion the FIRST MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JOHN BURSE FILED BY PLAINTIFFS BARTON PROPERTIES, INC., KENTUCK OIL LLC (FILED ON 01-14-11 / DOCKET NUMBER 16) and the MOTION TO DISMISS FILED BY DEFENDANT JOHN ROBBINS (FILED ON 01-21-11 / DOCKET NUMBER 17) are hereby continued from February 28, 2011 to March 14, 2011 at 10:00 a.m.


MINUTES FORM 11                                                           Initials of Deputy Clerk   JAC
CIVIL -- GEN