1

2

3                                                                    O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  BARTON PROPERTIES, INC., a      )  Case No. CV 10-08245 DDP (RZx)
    California corporaiton and      )
12  KENTUCK OIL LLC, a Kentucky     )
    limited liability company,      )  **ORDER GRANTING PLAINTIFFS' MOTION**
13                                   )  **FOR LEAVE TO FILE SECOND AMENDED**
                       Plaintiff,   )  **COMPLAINT**
14                                   )
         v.                          )
15                                   )  [Dkt. No. 45]
    JOHN BURSE, an individual,      )
16  JOHN ROBBINS, an individual,    )
                                     )
17                    Defendants.    )
    _____ )
18

19       Presently before the court is Plaintiffs' Motion for Leave to

20  File Second Amended Complaint.  Because Defendant has not filed an

21  opposition, the court GRANTS the motion.

22       Central District of California Local Rule 7-9 requires an

23  opposing party to file an opposition to any motion at least twenty-

24  one (21) days prior to the date designated for hearing the motion.

25  C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that

26  "[t]he failure to file any required paper, or the failure to file

27  it within the deadline, may be deemed consent to the granting or

28  denial of the motion."  C.D. CAL. L.R. 7-12.

1        The hearing on Plaintiffs' motion was set for January 9, 2012.

2   Defendant's opposition was therefore due by December 19, 2011.  As

3   of the date of this Order, Defendant has not filed an opposition,

4   or any other filing that could be construed as a request for a

5   continuance.  Accordingly, the court deems Defendant's failure to

6   oppose as consent to granting the motion for leave to file a second

7   amended complaint, and GRANTS the motion.  Plaintiffs shall file an

8   amended complaint, in accordance with the Clerk's Office filing

9   procedures, within fourteen days of the date of this order.

10

11

12  IT IS SO ORDERED.

13

14

15  Dated: January 3, 2012

                                     DEAN D. PREGERSON
16                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28